[No. 41791-0-II.   Division Two.   October 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE TREMBLE III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-02484-2, James R. Orlando, J., entered February 4, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 41809-6-II.   Division Two.   October 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. M.R.H., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-8-00813-1, Barbara D. Johnson, J., entered February 14, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 41876-2-II.   Division Two.   October 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MICHAEL TROIT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01724-4, Wm. Thomas McPhee, J., entered March 3, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 41926-2-II.   Division Two.   October 24, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KIYOSHI ALAN HIGASHI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-01901-6, Rosanne Buckner, J., entered March 11, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Van Deren, JJ.